```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CAPITAL ART, INC.,                                            :
                                  Plaintiff,                  :
                                                              :           19 Civ. 4751 (LGS)
                -against-                                     :
                                                              :                 ORDER
MARTHA STEWART LIVING OMNIMEDIA,                              :
INC.,                                                         :
                                                              :
                                  Defendant.                  X
-------------------------------------------------------------
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 7/10/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for July 16, 2019;

WHEREAS, the parties did not timely submit their initial pretrial conference materials a week before the conference or by July 9, 2019, as Dkt. No. 6 requires;

WHEREAS, Defendant was served on May 28, 2019, but has not timely appear or responded to the Complaint by the June 18, 2019, deadline.  It is hereby

**ORDERED** that the July 16, 2019, 10:30 a.m. initial pretrial conference is adjourned until **July 23, 2019, at 10:30 a.m.**  It is further

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan, in accordance with Dkt. No. 6, by **July 16, 2019**.  The letter shall explain why Defendants have not complied with their answer deadline.  If Plaintiff is *not* in communication with Defendants, then Plaintiff shall file a letter by **July 16, 2019**: (1) requesting adjournment of the initial pretrial conference, and (2) advising whether it will move for default judgment.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendant, and shall file the affidavit of service for this Order no later than **July 12, 2019**.

Dated: June 21, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE