USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 17, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CAPITAL ART, INC.

                         Plaintiff(s),          19 Civ. 4751   (LGS)

           -against-                   ORDER

MARTHA STEWART LIVING OMNIMEDIA, INC.,

                       Defendant(s),

------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending deadlines and conferences are CANCELED.

Dated: July 17, 2019
       New York, New York

                                             LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE