✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  |  DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A



# EXHIBIT B

Case 1:19-cv-04751-LGS   Document 1-2   Filed 05/22/19   Page 4 of 5





# weddings

Planning | Real Weddings | Ceremony & Reception | Fashion & Rings | Beauty | Travel | Registry | Relationships

## 26 Celebrity Brides Who Wore Unforgettable Veils

### Elizabeth Taylor

Wedding Date: May 6, 1950

Groom: Conrad "Nicky" Hilton

Venue: Bel Air Country Club, Pacific Palisades, California

It was the first of her eight marriages, and perhaps one of the most elaborate ones, with the MGM Studios star wearing a Helen Rose bugle bead and seed pearl-encrusted dress made of 25 yards of satin that took 15 people... More

Win Prizes Daily to Jumpstart Your Wedding Registry!

THE MOST ICONIC MOVIE WEDDING DRESSES OF ALL TIME

Photo: Getty / Frank Worth, Courtesy of Emage I

From Our Partners

